CLAY COUNTY TITLE CORPORATION, Respondent,

v.

Ervin L. HEIMSOTH, Appellant,

Laverne M. Heimsoth, Defendant.

No. WD 46117.

Missouri Court of Appeals, Western District.

April 20, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 1, 1993.

William E. Quirk, Michael S. Ketchmark, Shughart Thomson & Kilroy, Kansas City, for appellant.

Jerome E. Brant, Amy L. Peck, Withers, Brant, Howard & Mullennix, P.C., Liberty, for respondent.

Before ULRICH, P.J., and BRECKENRIDGE and HANNA, JJ.

### ORDER

PER CURIAM:

Ervin L. Heimsoth appeals from an order denying his motion to set aside a default judgment under Rule 74.05(c).

The judgment is affirmed. Rule 84.16(b).